1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION
11

12    CYNTHIA HORNER,                        Case No. 14-cv-01072 NC

13                   Plaintiff,              **ORDER TO SHOW CAUSE RE:**
                                             **DISMISSAL**
14           v.
                                             Re: Dkt. No. 12
15    DELBERT SERVICES CORPORATION,

16                   Defendant.

17

18           The Court having been notified of the settlement of this action, and it appearing that

19    no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT by July

20    2, 2014, plaintiff must either file a proper stipulation or request for dismissal or show cause

21    in writing why this action should not be dismissed with prejudice.

22           The initial case management conference set for June 4 is continued to July 9, 2014 at

23    10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San

24    Francisco, California.

25           IT IS SO ORDERED.

26           Date: May 28, 2014                      _____
                                                     Nathanael M. Cousins
27                                                   United States Magistrate Judge

28

Case No. 14-cv-01072 NC
ORDER TO SHOW CAUSE
RE: DISMISSAL